## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **RODERICK CARR,** ) | **Case No.:** |
| ) | |
| **Plaintiff.** ) | **3:21-cv-00061-C** |
| ) | |
| **v.** ) | |
| ) | |
| **XCEED FINANCIAL CREDIT** ) | |
| **UNION,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 12, 2021        By: */s/ Amy L. B. Ginsburg*
                            Amy L. B. Ginsburg, Esquire
                            Kimmel & Silverman, P.C.
                            30 E. Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (877) 788-2864
                            Email: aginsburg@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Stuart M Richter**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310-788-4582
Fax: 310-788-4471
Email: stuart.richter@katten.com

Dated: July 12, 2021                    By: */s/ Amy L. B. Ginsburg*
                                             Amy L. B. Ginsburg, Esquire
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Pike
                                             Ambler, PA 19002
                                             Phone: (215) 540-8888
                                             Fax: (877) 788-2864
                                             Email: aginsburg@creditlaw.com